■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LUCKY, Appellant. — Judgment of the County Court, Nassau County (Collins, J.), rendered September 7, 1982, affirmed (see *People v Corti,* 88 AD2d 345; *People v Williams,* 36 NY2d 829). Titone, J. P., Mangano, Gibbons and Brown, JJ., concur.